UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **INTERNATIONAL INSURANCE COMPANY OF HANNOVER,**<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>**ACW CONSTRUCTION, INC., A CALIFORNIA CORPORATION, ET AL.,**<br><br>　　　　　Defendants. | Case No. 15-cv-00544-YGR<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT** |

Now pending before the Court is plaintiff International Insurance Company of Hannover's motion to dismiss the counterclaim of defendant ACW Construction, Inc., filed April 14, 2015. (Dkt. No. 13.) On April 30, 2015, defendant informed the Court of its intention to file an amended counterclaim. (Dkt. Nos. 14, 15.) In conformity with that statement, on May 5, 2015, defendant filed an amended counterclaim. (Dkt. No. 16.) Accordingly, the pending motion to dismiss is **DENIED** as moot.

　　**IT IS SO ORDERED.**

Dated: May 7, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**