UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **INTERNATIONAL INSURANCE COMPANY OF HANNOVER,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**ACW CONSTRUCTION, INC., A CALIFORNIA CORPORATION, ET AL.,**<br><br>　　　　Defendants. | Case No.  15-cv-00544-YGR<br><br>**CASE MANAGEMENT ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following Case Management Dates:

### BRIEFING SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, November 16, 2015 at 2:00 p.m. |
| OPENING SUMMARY JUDGMENT BRIEFS DUE: | August 18, 2015 |
| OPPOSITION TO CROSS-MOTIONS DUE: | September 8, 2015 |
| REPLY BRIEFS DUE: | September 15, 2015 |
| HEARING ON CROSS-MOTIONS | September 29, 2015 |

　　The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: June 23, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**

**IT IS SO ORDERED.**