UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**INTERNATIONAL INSURANCE COMPANY OF HANNOVER,**

    Plaintiff,

  v.

**ACW CONSTRUCTION, INC., A CALIFORNIA CORPORATION, ET AL.,**

    Defendants.

Case No. 15-cv-00544-YGR

**ORDER REGARDING SUMMARY JUDGMENT BRIEFING**

The Court has reviewed email communications from the parties summarizing a dispute that arose regarding the scope of cross-motions for summary judgment. The parties are ordered to comply with the amended scheduling order for summary judgment briefing. (Dkt. No. 32.) As discussed at the July 14, 2015 hearing, the parties shall file a joint statement of stipulated facts and evidence as well as cross-motions for summary judgment – pursuant to the deadlines in the amended schedule – limited to the issue of the cross-suits exclusion only.

**IT IS SO ORDERED.**

Dated: July 29, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**