UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **INTERNATIONAL INSURANCE COMPANY OF HANNOVER,**<br>　　　　　Plaintiff,<br>　　v.<br>**ACW CONSTRUCTION, INC., A CALIFORNIA CORPORATION,** *et al.*,<br>　　　　　Defendants. | Case No. 15-cv-00544-YGR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE; NOTICE OF DISMISSAL**<br><br>Re: Dkt. No. 52 |

Currently before the Court is the parties' stipulation to (1) vacate the Case Management Conference set for April 11, 2016, and (2) file a stipulation of dismissal with prejudice no later than April 22, 2016. Good cause shown, the Court hereby **GRANTS** the parties' stipulation and **VACATES** the Case Management Conference.

In light of the parties' settlement of this case in its entirety (*see* Dkt. No. 51) notice is hereby given that the Court shall dismiss this case with prejudice effective April 25, 2016.

This Order Terminates Docket Number 52.

**IT IS SO ORDERED.**

Dated: April 11, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**